```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3
     ALISON VALENTE, JENNIFER        )
 4   BARLOW, KATHRYN MONROE, SOPHIA  )
     SMITH, STEPHANIE LEBEAU on      )
 5   behalf of themselves and all    )
     others similarly situated,      )
 6                                   )
             Plaintiffs,             )
 7                                   )  CIVIL ACTION FILE NO.
         vs.                         )
 8                                   )  1:15-CV-02477-ELR
     INTERNATIONAL FOLLIES, INC.,    )
 9   d/b/a THE CHEETAH and WILLIAM   )
     HAGOOD,                         )
10                                   )
             Defendants.             )
11
12   _____

13                     DEPOSITION OF

14                 ROBERT 'BOB' JOHNSON

15

16                  OCTOBER 23, 2017

17                     4:32 p.m.

18        SCHULTEN, WARD, TURNER & WEISS, LLP
          260 Peachtree Street NW, Suite 2700
19              Atlanta, Georgia  30303

20        **********************************

21             Whitney S. Guynes, CCR
22             WSG REPORTING, LLC              ORIGINAL
               2745 Daniel Park Run
23             Dacula, Georgia 30019
                 (770) 367-7822
24           office@WSGreporting.com

25
```

2

```
1                    A P P E A R A N C E S

2

   On behalf of the Plaintiffs:
3

4              AINSWORTH G. DUDLEY, JR., ESQ.
               Attorney at Law
5              Dudley, LLC
               4200 Northside Parkway NW
6              Building 1, Suite 200
               Atlanta, Georgia  30327
7              (404) 687-8205 (T)
               email: adudleylaw@gmail.com
8
               MICHAEL L. CHAPMAN, ESQ.
9              Michael L. Chapman, P.C.
               4200 Northside Parkway NW
10             Building 1, Suite 200
               Atlanta, Georgia  30327
11             (404) 734-8570 (T)
               email: mchapman@chapmanfirm.com
12
               CHRISTOPHER P. BERNEY, ESQ.
13             Law Firm of Christopher P. Berney, P.C.
               1273 Metropolitan Avenue S.E.
14             Suite 17890
               (404) 881-6010 (T)
15             email: cberney@cpblegal.com

16

17
   On behalf of the Defendants:
18

19             KEVIN L. WARD, ESQ
               Schulten, Ward, Turner & Weiss, LLP
20             260 Peachtree Street, N.W.
               Suite 2700
21             Atlanta, Georgia  30303
               (404) 688-6800 (T)
22             (404) 688-6840 (F)
               email: k.ward@swtwlaw.com
23

24

25
```

1            APPEARANCE OF COUNSEL (continued.)

2

3   On behalf of the witness, Holly Wood:

4

5            CANDACE M. KOLLAS, ESQ.
             Attorney at Law
6            3301 Georgetown Place
             Marietta, Georgia   30066
7            (404) 867-5285 (T)
             ckollas@workableoptions.com

8

9   Also Present: Jessica Cuesta

10

11                        * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                        I N D E X

 2

 3           WITNESS: ROBERT 'BOB' JOHNSON

 4

 5      EXAMINATION                          PAGE

 6

 7    By Mr. Dudley: ...............................6

 8    By Mr. Berney: ..............................47

 9    By Mr. Chapman: .............................48

10    By Mr. Dudley: ..............................51

11    By Mr. Ward: ................................51

12    By Mr. Dudley: ..............................53

13

14

15                        *  *  *

16

17

18

19

20

21

22

23

24

25
```



```
1                    PLAINTIFF'S EXHIBITS

2

3    EXHIBIT              DESCRIPTION              PAGE

4

5    Exhibit  4     Night Shift Entertainer          30
                    Orientation & Guidelines
6

7

8      (Exhibit 4 marked originally in the deposition of
               Holly Wood, October 23, 2017.)
9

10

11                         *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   (Reporter disclosure made pursuant to
 2              Article 10.B of the Rules and Regulations of
 3              the Board of Court Reporting of the Judicial
 4              Council of Georgia.)
 5                            * * *
 6              Deposition of ROBERT 'BOB' JOHNSON
 7                       OCTOBER 23, 2017
 8  WHEREUPON:
 9                   ROBERT 'BOB' JOHNSON,
10  having been first duly sworn, was examined and
11  testified as follows:
12                        EXAMINATION
13  BY MR. DUDLEY:
14       Q     Your name is Robert Johnston or is it
15  Johnson?
16       A     Johnson.
17       Q     You go by Bob?
18       A     Yes, sir.
19       Q     My name is Ainsworth Dudley.  I represent
20  a number of former and current entertainers at
21  Cheetah, and they have filed arbitrations, and there
22  is a collective action pending, and I'm here today to
23  talk to you about their claims.
24              My understanding is that you have given a
25  deposition before in a Title VII case brought by
```

1    Alison Valente; is that right?

2         A    Yes.

3         Q    Other than that deposition, have you ever

4    been deposed before on behalf of Cheetah?

5         A    No.

6         Q    You've worked for Cheetah since 1990?

7         A    Yes.

8         Q    You initially were a floorman?

9         A    Yes.

10        Q    And you are currently the night manager,

11   correct?

12        A    Yes.

13        Q    And as night manager you oversee

14   operations during the night shift; is that right?

15        A    Yes, sir.

16        Q    The only person you answer to is Jack

17   Braglia; is that right?

18        A    Yes.

19        Q    Other than that, you're the highest

20   authority on the premises, unless Jack is there or Mr.

21   Hagood, right?

22        A    Correct.

23        Q    Do you still take orders from Mr. Hagood

24   or is he not involved in the process?

25        A    Pretty much not involved.

1       Q       But he does show up occasionally at the
2    club?
3       A       Yes.
4       Q       Can you tell me roughly when you became
5    night manager?
6       A       Maybe 10 years ago, maybe nine.
7       Q       So somewhere around 2007, 2008?
8       A       Yeah, give or take a year.
9       Q       Can you tell me what your duties as night
10   manager are?
11      A       I supervise any operations, front of the
12   house, associated with customers' interaction with
13   guests, entertainers, service staff, front door.  I'm
14   usually not involved in the kitchen.  We have two
15   kitchen managers that deal with the kitchen guys, but
16   I'm pretty much supervising the front of the house
17   operations at night.
18      Q       How do your duties differ from what a
19   floor manager does?
20      A       Well, I'm kind of still head of security,
21   and I still get in with asking people to leave.  If
22   there's an issue with a customer, I'm usually the
23   person to speak with them and decide whether or not we
24   escort them out or not.
25      Q       So the overlap in responsibilities, is

1  that you're head of security, and you still deal with

2  issues with customers?

3       A    Yes, sir.

4       Q    Any other overlap of your duties as a

5  night manager with duties of a floor manager?

6       A    Yes.  I still would consider myself a

7  bouncer and manager, if that's what you are asking.

8       Q    That's what I'm asking.  What is the

9  overlap?  What are you doing that a floor manager

10 does?

11      A    I stand and spot problems.  Looking around

12 for customers doing something wrong.

13      Q    Anything else that you do as a night

14 manager that a floor manager does?

15      A    Greet customers, seat customers.

16      Q    Anything else?

17      A    Other than escorting people out, that's

18 pretty much it.

19      Q    What's the normal process for greeting and

20 seating customers?

21      A    I'm not following you.

22      Q    Who normally does that?

23      A    We usually have a floorman posted at the

24 front of the room.

25      Q    All right.  And this person will --

1    typically, will greet the customers and seat them,

2    correct?

3          A     Yes.

4          Q     How many floormen are under you doing

5    that?

6          A     Four.

7          Q     All right.  So is there one particular

8    floorman that usually does that or are they all doing

9    it?

10         A     We have, counting myself, three people on

11   the main floor.

12         Q     Okay.

13         A     So there's usually someone at the point

14   greeting customers, whether it's two of the other guys

15   or myself.

16         Q     Who typically does it?

17         A     The floorman that's posted in the front of

18   the room.

19         Q     And how much of your time is spent doing

20   that, would you say, greeting and seating customers?

21         A     A lot.

22         Q     Can you give me some idea?

23         A     20 percent of the night.

24         Q     Floormen typically escort people out who

25   are causing problems in the club?

1      A      Yes.

2      Q      Sometimes you will help them with that?

3      A      Yes.

4      Q      All right.  And how often do y'all have to

5   escort somebody out?

6      A      Every night.

7      Q      Every night?

8             A couple of people or how many would you

9   say?

10     A      Yeah, a couple -- two to five.

11     Q      All right.  How many people will typically

12  escort somebody out who is causing a problem?

13     A      I didn't understand your question.

14     Q      Well, how many floormen would typically

15  escort out a person who is causing a problem?  Is that

16  normally something that --

17     A      All of us.

18     Q      So if a customer is causing a problem, all

19  four of y'all descend on him and escort him out?

20     A      Yes.  We call on the radio that there is

21  someone going.

22     Q      Okay.  And you, I guess, escorted him out

23  and called the police or what do you do?

24     A      It depends on what's going on.  We do have

25  to call the police occasionally if they refuse to

```
 1   leave --
 2        Q     Okay.
 3        A     -- but generally, no.
 4        Q     Okay.  So it's an unusual case to call the
 5   police.  Normally, they will leave and there's no
 6   problem?
 7        A     Correct.
 8        Q     And you would say that you estimate that
 9   you escort a couple of people out a night, correct?
10        A     Correct.
11        Q     Is that the total number of people that
12   the club escorts out a night, or is that ones you're
13   involved in?
14        A     That would be the club.
15        Q     How many of those would you be involved
16   in?
17        A     I'm involved in all of them.
18        Q     All of them?
19        A     Uh-huh.
20        Q     What kind of issues with customers do you
21   involve yourself in, as opposed to, say, one of your
22   night managers?
23        A     I'm not following you.
24        Q     Well, you told me that you deal with
25   issues with customers?
```

1        A       Uh-huh.

2        Q       And I read from your prior transcript that

3    you deal with some issues with chargebacks, right?

4        A       Yes.

5        Q       You handle that?

6        A       Sometimes.

7        Q       When do you handle it and when does

8    somebody else handle it?

9        A       When Liz feels that she can't satisfy the

10   customers' questions, occasionally she will refer them

11   up to me, and I will speak with a customer.

12       Q       Okay.  But you deal with the customer

13   chargebacks, your floormen don't deal with customer

14   chargebacks, do they?

15       A       No.

16       Q       Okay.  What sort of issues do you have --

17   do customers have at The Cheetah, other than

18   chargebacks?

19       A       It's a wide variety.  It could be my steak

20   is not cooked properly -- it could be anything.  That

21   dancer took my money, she didn't dance for me.  A

22   fight --

23       Q       You're the person that everyone goes to

24   for those issues?

25       A       I'm the problem guy.

1      Q     All right.  So if an entertainer has a

2   problem or a house mom has a problem or a floorman has

3   a problem or a customer has anything other than a very

4   trivial problem, they're going to come to you?

5      A     Yes.

6      Q     All right.  What sort of problems would

7   the floormen handle without your participation?

8      A     I have a floorman in the Executive Room

9   that helps with minor things, like -- that dancer

10  never came to dance for me.  He can go find the

11  dancer, get her to come dance -- very minor things.

12          If there's ever a waitress that needs a

13  check voided or a split check, just something that's

14  simple to where it's swiping the manager card, he can

15  do that.  But if there was an actual problem with the

16  computer, then they would call me.  But minor customer

17  things, not -- he doesn't handle anything really

18  major.

19      Q     So there are distinct differences between

20  what you will handle and what one of your floor

21  managers will handle?

22      A     Yes.

23      Q     Tell me what your floor managers spend

24  most of their time doing?

25      A     Seating customers, finding dancers for

1   customers, watching over the club, general security,

2   cleaning.

3        Q     Let me make sure I understand how the

4   floormen operate at Cheetah.

5              You have a VIP area where there's a

6   floorman at a booth -- or desk, I guess you'd call it.

7   Do you have a name for it?

8        A     The Executive Room.

9        Q     But there's a -- when you come in there,

10  there's somebody at the podium or do you call it the

11  desk or what do you call it?

12       A     We call it the host stand.

13       Q     The host stand.

14             Is a floorman always there?

15       A     No.

16       Q     Who is normally maintaining that post, a

17  hostess or a floorman?

18       A     A floorman.

19       Q     All right.  So a floorman is supposed to

20  be there?

21       A     Not always.  He has other duties, but

22  that's where he is when he's not busy greeting people.

23       Q     Is there a floorman that's supposed to be

24  maintaining that position?

25       A     The waitresses help him out with greeting

16          **Robert 'Bob' Johnson - October 23, 2017**

```
 1   people at the host stand.
 2        Q     Okay.  So one floorman or a waitress will
 3   greet people?
 4        A     Yes.
 5        Q     And then there's a big room, what do you
 6   call that -- the main room at Cheetah?
 7        A     Main room.
 8        Q     You call it the main room?
 9        A     (Nods head.)
10        Q     And there's a lot going on in there,
11   right?
12        A     Yes.
13        Q     How many floormen would you have in that
14   room at a given time?
15        A     Three, counting myself.
16        Q     All right.  So they're kind of looking
17   over the main room and making sure everything is --
18        A     Yes.
19        Q     -- operating smoothly?
20        A     Yes.
21        Q     Where else would the floormen typically be
22   at The Cheetah, other than those two places?
23        A     Front door.
24        Q     Front door.  So is that a -- there's only
25   four of you guys, right?
```

```
1          A      Five.

2          Q      Five.  So one is at the front door?

3          A      Yes.

4          Q      One is at the VIP --

5          A      Yes.

6          Q      -- hostess spot.  Two to three of them are

7    looking over the floor at any one time?

8          A      Yes.

9          Q      And that's pretty much standard procedure?

10         A      Yes.

11         Q      Where are you, usually?

12         A      Everywhere.

13         Q      All right.  So you're walking around the

14   whole place while all of this is going on?

15         A      Yes.

16         Q      So that's three floormen in the room.

17   You're the -- would be the sixth guy?

18         A      No.

19         Q      You're the fifth guy?

20         A      Yes.

21         Q      Well, if you're walking around, it's kind

22   of hard to keep three in there in the main room --

23         A      You're putting words in my mouth.  I never

24   said there's always three floormen on the main floor.

25         Q      And I understand that there's a certain
```

1   amount of movement -- that all of them may leave if

2   they're escorting somebody out, but typically how many

3   do you want in there?  You have four floormen other

4   than yourself, so how many of those are in the main

5   room?

6        A    I always want one pair of eyes, for sure,

7   on the main floor, no matter what's going on.

8        Q    All right.  Your floormen receive tips

9   every night; is that correct?

10       A    Correct.

11       Q    All right.  And in your deposition you

12  testified that there is a $15 minimum tip out for the

13  floor guys.  That's a quote.

14            Is that a true statement?

15       A    A suggested $15 tip out, yes.

16       Q    Well, let me read that to you again.

17            You testified that there was a $15 -- and

18  you used the word "minimum tip out for the floor

19  guys."

20            Tell me what you meant by $15 minimum tip

21  out?

22            MR. WARD:  I'm going to object to the form

23       of this question as improper impeachment.

24  BY MR. DUDLEY:

25       Q    You can answer.

```
 1              MR. WARD:  I'll let you do it a couple of
 2         times, but after that --
 3  BY MR. DUDLEY:
 4         Q    Can you tell me what you meant by that?
 5         A    That's just the standard minimum that the
 6  girls tipped out.
 7         Q    To the floormen as a group?
 8         A    Yes.
 9              MR. WARD:  May I see his testimony, under
10         the Doctrine of Completeness, which you have
11         quoted to him?
12              MR. DUDLEY:  I'm going to read it to you,
13         and you tell me whether this is what you recall.
14              MR. WARD:  No, he's entitled to see his
15         testimony.
16              MR. DUDLEY:  I'll be glad to give it to
17         him.  I can ask him what he testified to.
18              MR. WARD:  No, you can't.
19              MR. DUDLEY:  Kevin, I can do that, and if
20         he wants to see it, y'all can see it.  You've
21         got the deposition.
22              MR. WARD:  It is improper impeachment, and
23         we will go to the court on this.
24              MR. DUDLEY:  You can object to the form of
25         the question, if you want to.  I can ask him
```

1          what he recalls testifying to in his deposition.
2                    MR. WARD:  No, you can't.  That is
3          improper impeachment.
4     BY MR. DUDLEY:
5          Q     You were asked, to the best of your
6     understanding, did a floorman's pay include only tips
7     and their salary or their nightly shift fee back in
8     2009.
9                    Do you remember somebody asking you that
10    question?
11         A     Repeat it.
12         Q     Do you remember Jim McDonough asking you
13    to the best of your understanding, did a floorman's
14    pay include only tips and their salary or their
15    nightly shift fee back in 2009.
16                   Do you remember that question?
17                   MR. WARD:  So, again, I'm going to object
18         to the form of the question.  It's improper
19         impeachment.  It violates the Rules of Evidence.
20                   MR. DUDLEY:  Do you want to just have a
21         continuing objection on that?
22                   MR. WARD:  Well, I'm about to instruct him
23         not to answer.
24                   MR. DUDLEY:  I think that would be a
25         mistake, but you can do whatever you want.

1           MR. WARD:  Okay.  So are you going to let

2      him see his testimony?

3           MR. DUDLEY:  I'm going to -- he can look

4      at it as much as he wants to, but I'm going to

5      ask the question --

6           MR. WARD:  So give us a copy of the

7      deposition --

8           MR. DUDLEY:  You can do whatever you want

9      to do, Kevin.  You're going to have a chance to

10     examine him, too.  You can do whatever you want

11     to do.

12          MR. WARD:  I'm going to object to the form

13     of the impeachment.

14          MR. DUDLEY:  You've done that.  You've

15     done that.

16          MR. WARD:  I'm going to go to the judge if

17     you persist on violating this rule.

18          MR. DUDLEY:  All right.  Well, I'm going

19     to ask him whether he recalls being asked that

20     question.  That's a perfectly appropriate

21     question.

22          MR. WARD:  Not if you're relying on the

23     testimony without letting him see it.

24          MR. DUDLEY:  I can ask the question.  You

25     can make your objection.  If you're right, it

1      won't come in.   Okay?

2           MR. WARD:   It's not a question of coming

3      in.   It's a question of the way that you're

4      asking the questions when they violate the Rules

5      of Evidence.

6           MR. DUDLEY:   Kevin, you've made the

7      objection.

8           MR. WARD:   Okay.   I'm telling you, I'm

9      taking this up.

10          MR. DUDLEY:   You can take it up.

11          MR. WARD:   We're going to stop.

12          MR. DUDLEY:   You can take it up, and if

13     you feel like it's important enough to get the

14     judge on the line --

15          MR. WARD:   It's important if that's the

16     way you're going to approach this.

17          MR. DUDLEY:   Do you recall that question

18     being asked you?

19          THE WITNESS:   Am I answering?

20          MR. WARD:   He's asking you if you have a

21     present memory of that question being asked

22     when?   What date?

23          MR. DUDLEY:   April the 4th, 2017, by Jim

24     McDonough.

25          MR. WARD:   Do you have a present memory of

1        that?

2               THE WITNESS:  No, not really.  I mean, I

3        answered a lot of questions.

4   BY MR. DUDLEY:

5        Q     Okay.  Do you have a present memory of

6   responding:  In 2009, there's a $15 minimum tip out

7   for the floor guys from each dancer?

8               MR. WARD:  Object and move to strike.

9               He is asking if you have a present

10       objection of your answer back in April.

11              THE WITNESS:  Do I have an objection?

12              MR. WARD:  No, do you have a present

13       recollection of your answer in April?

14              THE WITNESS:  No.  I mean, I don't know.

15       I haven't read my deposition.

16              MR. DUDLEY:  If you don't recall it, you

17       don't recall.

18              MR. WARD:  There you go.

19   BY MR. DUDLEY:

20       Q     What does "minimum" mean to you?

21       A     The less that they tip the -- the least

22   that they tip out.

23       Q     Did the $15 minimum tip-out policy change

24   in April 2016?

25              MR. WARD:  Object to the form.

```
1   BY MR. DUDLEY:

2        Q     You can respond.

3        A     Yes.

4        Q     How did it change?

5        A     It went to a 10 percent tip pool.

6        Q     Tell me how the 10 percent tip pool

7   worked.

8        A     It's split up amongst all the floor staff,

9   myself and the DJs.

10       Q     All right.  So tell me the break up.  How

11  much did the DJ get?  How much did the floormen get?

12       A     Half.

13       Q     So 50 percent went to the DJ, and

14  50 percent went to the floormen; is that correct?

15       A     Yes.

16       Q     All right.  What portion of the 50 percent

17  that went to the floormen did you get?

18       A     A fifth.

19       Q     All right.  And is it always a fifth?

20       A     Yes.

21       Q     Are there ever less than five guys

22  handling floor responsibilities?

23       A     Sometimes, if someone is out sick.

24       Q     What would happen in that circumstance?

25       A     Then it would be a fourth.
```

1        Q      Okay.  And if there were three, it would
2   be a third, right?
3        A      Third.
4        Q      Okay.  Did you keep records of the amounts
5   that you were tipped out by entertainers?
6        A      No.
7        Q      Do you have any records that would show me
8   what you or any of the floormen earned in tip outs
9   from entertainers?
10       A      No.
11       Q      You're an employee of Cheetah?
12       A      Yes.
13       Q      You were an employee of Cheetah during
14  this period of time before April the 9th, 2016?
15       A      Yes.
16       Q      You were an employee the entire time you
17  were a night manager?
18       A      Yes.
19       Q      Does Cheetah issue a W-2 now?
20       A      To me?
21       Q      Yeah.
22       A      Yes.
23       Q      Do you get a W-2?
24       A      Yes.
25       Q      Has that always been the case?

1          A      Yes.

2          Q      Is there an amount claimed as a tip on the

3     W-2?

4          A      I claim one to 200 a night -- you mean

5     clocking out?

6          Q      I'll get to that in a second, but I'm

7     talking about your W-2 form right now.  Cheetah, at

8     the beginning of the year, gives you a W-2 for the

9     preceding year, correct?

10         A      Correct.

11         Q      And, on that W-2, does it show your

12    earnings from tips?

13         A      No.

14         Q      So there is a block, I'll represent to you

15    on a W-2 form, where you can put tips.  There is no

16    amount for tips on the W-2 that Cheetah gives to you,

17    right?

18         A      No.

19         Q      So how did you keep up with your tips on,

20    say, a shift/weekly/yearly basis?

21         A      You just kind of know in your head what

22    you're making each night.

23         Q      You're pretty constant?

24         A      Yeah.

25         Q      Would you say that it's constant because

 1    entertainers -- the number of entertainers working at

 2    night stays about the same?

 3         A     Uh-huh, yes.

 4         Q     And the amounts they tip stays about the

 5    same?

 6         A     Yes.

 7         Q     And that figure would be $15 per dancer?

 8         A     Yes.

 9         Q     Are floormen tipped by any other employees

10    or persons who work at Cheetah?

11         A     Yeah, I think a waitress would tip them

12    out from time to time if they helped them with their

13    tables, busing or -- yeah.

14         Q     Is that part of a tip pool?

15         A     No.

16         Q     So the entertainers are the only ones that

17    have a tip pool to pay floormen?

18         A     Yes.

19         Q     Customers sometimes tip for them?

20         A     Yes.

21         Q     DJs do not tip floormen, do they?

22         A     No.

23         Q     Before April the 9th, 2016, do you

24    remember how entertainer tips worked for house moms,

25    DJs -- other folks?

1        A      I believe it was they generally gave 10 to

2    the house mothers between the two of them.

3        Q      How do you know that?

4        A      Because I've been there for 20-something

5    years, and you just hear it.

6        Q      Okay.   Is it your understanding that there

7    was a $10 minimum for the house moms?

8        A      There was a minimum, but that's generally

9    what the girls gave.

10       Q      Are you saying they gave more than that?

11              MR. WARD:   What?

12   BY MR. DUDLEY:

13       Q      Did you say it's not a minimum, but that's

14   generally what they gave?  Is that what you said?

15       A      I'm saying that that was a suggested tip

16   for the house mothers, was $10, but if a girl gave

17   more, they gave more.  I'm sure it's happened, but I

18   don't know what they give.

19       Q      Did they give less?

20       A      Oh, yeah.

21       Q      How do you know that?

22       A      There's been many that give zero.

23       Q      How do you know that?

24       A      Because I hear it.

25       Q      Hear it from who?

1          A       The house mothers and the dancers.

2     There's girls that come every night that say I can't

3     tip.

4          Q       Before April the 9th, 2016, how did the

5     entertainers' tip out to the DJ work?

6          A       5 percent.

7          Q       Was that a mandatory amount?

8          A       Nothing was mandatory, and I think they

9     capped it at $50.

10         Q       How do you know that?

11         A       Yet again, I've been there since 1990.

12    You hear what's going on.

13         Q       Have you seen the tip-out sheet on the

14    wall in the dressing room?

15         A       There is no tip-out sheet on the wall in

16    the dressing room.

17         Q       There was at one time, wasn't there?

18         A       There was a sliding scale on the desk at

19    one time.

20         Q       And is that what you're referring to?

21         A       I think that's what you're referring to.

22         Q       Well, you were referring to something, so

23    I'm referring to that now.  Is that what you were

24    referring to when you were testifying about the $50

25    and the 5 percent?

```
 1       A      Yeah.
 2       Q      That's where that comes from; is that
 3   right?
 4       A      Yes.
 5       Q      Okay.   Have you ever read Cheetah's
 6   Entertainer Guidelines?
 7       A      Yes.
 8       Q      Have you read the parts dealing with tip
 9   outs for floormen, house moms and DJs?
10       A      I don't know if there is in there.
11       Q      Do you recognize four?
12              MR. DUDLEY:   Do you have the exhibits from
13          the last --
14              COURT REPORTER:   I do.
15              (Discussion off the record.)
16              (Plaintiff's Exhibit 4 marked for
17              identification.)
18              THE WITNESS:   This isn't what they give
19          them when they do their new-hire packet.   This
20          is -- actually, no, I haven't read a lot of
21          this.
22   BY MR. DUDLEY:
23       Q      How do you know what they're given in
24   their hiring packet?
25       A      Because it's the same thing, I would
```

1    imagine, that's in the waitress new-hire packet.

2              No, I've never read through this sheet.

3         Q     Well, okay.  I would ask you to turn to

4    Page 8.

5         A     (Complies.)

6         Q     Are you on Page 8?

7         A     Uh-huh.  Yes.

8         Q     If you look at the first bullet point

9    called house mom tip out.  Could you read the second

10   to the last sentence?

11        A     "You can find the house moms' tip bucket

12   on her desk.  Minimum for house moms is $10.  Please

13   remember you have two house moms."

14        Q     If you were reading this, how would you

15   interpret that middle sentence, "Minimum for house

16   moms is $10"?

17             MR. WARD:  Objection and move to strike.

18             THE WITNESS:  I would take it as they're

19        suggesting you tip $10.

20   BY MR. DUDLEY:

21        Q     You would take the language "Minimum for

22   house moms is $10" to mean it's suggested that you pay

23   $10?

24        A     Yes.

25        Q     Does "minimum" mean "at least" to you?

```
 1        A     Yes.
 2        Q     If you go to the preceding page,
 3   Paragraph -- or Page 7.
 4              MR. WARD:  Can I just have a continuing
 5        objection about this document that he's never
 6        read before.
 7              MR. DUDLEY:  Yes.  He's made that clear,
 8        and I'm just asking him how he would interpret
 9        it, which is an issue in the case.
10   BY MR. DUDLEY:
11        Q     If you go to the last bullet point on
12   Page 7.  Are you there?
13        A     DJ?
14        Q     Yeah.  Do you see that part in the
15   parentheses?
16        A     Yes.
17        Q     Can you read that to me?
18        A     "There's a tipping chart on the house
19   moms' desk if you are not sure what you should tip."
20        Q     All right.  The chart we're talking about
21   in this document is the same chart you and I just
22   talked about; is that correct?
23        A     Yes.
24        Q     Do you understand that that chart has at
25   the top, "Minimum of 5 percent"?
```

```
 1              Do you understand that?
 2         A    No.
 3         Q    You don't understand that chart to say
 4    that?
 5         A    I couldn't tell you everything that chat
 6    said, but I couldn't tell you with all certainly that
 7    that chart said "minimum."
 8         Q    All right.  If it said "Minimum of
 9    5 percent," what would that mean to you?
10              MR. WARD:  Object to the form; calls for
11         speculation.
12              THE WITNESS:  It would mean you're
13         suggesting they tip out at least 5 percent.
14    BY MR. DUDLEY:
15         Q    It wouldn't mean at least 5 percent?
16         A    That's what I just said.
17         Q    No, that's not what you said.
18              MR. WARD:  Objection.
19    BY MR. DUDLEY:
20         Q    Would it mean that to you?
21         A    Yes.
22         Q    At least 5 percent?
23         A    Yes.
24         Q    You have the power to discipline Cheetah
25    entertainers?
```

1        A       Yes.

2        Q       You have the power to discipline Cheetah

3    floormen?

4        A       Yes.

5        Q       You have the power to discipline other

6    Cheetah employees working night shift?

7        A       Yes.

8        Q       You have exercised that power?

9        A       Yes.

10       Q       And discipline includes a verbal

11   reprimand, suspension, termination, those sorts of

12   things, correct?

13       A       Correct.

14       Q       And, as I recall your earlier testimony in

15   deposition, you have the independent authority to fine

16   [sic].  You usually run it by Jack, but you have that

17   authority, correct?

18       A       To fire?

19       Q       Yes.

20       A       Yes.

21       Q       Are you aware of a policy at Cheetah at

22   one point where entertainers paid referral fees to

23   floor managers?

24       A       Where they paid what, I'm sorry?

25       Q       Referral fees to floor managers for

1  referring VIP customers?

2       A     That's not a policy.

3       Q     All right.  You acknowledge that that

4  happened at one point?

5       A     Yes.

6       Q     You disagree with me over whether that was

7  a Cheetah policy, correct?

8       A     Yes.

9       Q     All right.  Can you tell me why you

10 disagree that that's a Cheetah policy?

11      A     Because it wasn't.  It was never asked of

12 anyone.  Several girls started taking it upon

13 themselves to offer money to help them out.

14      Q     Okay.  Let's back up here a minute.

15            This was an arrangement to where the

16 floormen were getting 20 to 30 percent for referring

17 customers to entertainers?

18            MR. WARD:  Object to the form.

19            THE WITNESS:  I disagree that there's any

20        arrangement there.  A girl comes and offers --

21        puts money in someone's hand and says to help

22        them out.

23 BY MR. DUDLEY:

24      Q     So it's your contention that entertainers

25 had no arrangement with any floormen, including

1    yourself, to pay a referral fee?

2         A     Correct.

3         Q     All right.  And it's your testimony that

4    if that happened it was solely because the entertainer

5    just handed the floorman the money for the referral?

6         A     Yes.

7         Q     There's no prior understanding between

8    them that there would be a referral fee changing

9    hands?

10        A     No.

11        Q     You know that that happened --

12   entertainers paying referral fees?

13             MR. WARD:  Object to the form.

14             THE WITNESS:  Yes.

15   BY MR. DUDLEY:

16        Q     And the reason you know that is because

17   you shared in it, correct?

18        A     Yes.

19        Q     You got a cut of all the fees that an

20   entertainer paid to floormen for referring customers

21   to them, correct?

22        A     (Nods head.)

23        Q     What was your cut of that?

24        A     Everything is split equally.

25        Q     Okay.  So if there were five floormen, it

1    would be one-fifth or four it would be one-fourth?

2         A    Yes.

3         Q    Do you have records or are you aware of

4    any records existing that would show how much

5    entertainers paid in these referral fees?

6         A    No.

7         Q    Can you tell me what you recall these

8    referral fees being a shift, back when it was going

9    on?

10        A    No.

11        Q    Can you tell me how many girls were

12   involved in the process?

13        A    On a nightly basis?

14        Q    Sure.

15        A    Several.

16        Q    You don't disagree with the statement that

17   floormen were referring customers to girls and that

18   those girls were tipping them out for doing that?

19        A    No, I don't disagree with that.

20        Q    Are you aware of Cheetah maintaining

21   records of VIP check-in fees?

22        A    No.

23        Q    Tell me how you kept track of it.

24        A    I never kept track of any VIP fees.  That

25   was the --

1        Q      Tell me what floormen were supposed to do
2   with respect to VIP check-in fees.
3        A      We call it in to the house mother.
4        Q      Okay.  So if an entertainer checked in to
5   VIP, the floorman's responsibility or duty was to call
6   the house mom and tell her that so-and-so was checked
7   in?
8        A      Yes.
9        Q      And each time there was a renewal, the
10  floorman was supposed to call again and notify the
11  house mom, correct?
12       A      No.
13       Q      So how was it kept up with how many
14  check-ins there were?
15       A      It's called in, and when the dancer is
16  done, they tell the floorman, I'm done, and then the
17  floorman calls to the house mother and says that
18  they're done.
19       Q      Does that floorman tell the house mom how
20  many check-ins there were?
21       A      I'm not following you.
22       Q      Well, my understanding is that --
23  check-ins are done on a 30-minute or hour basis.  If
24  it rolls over to another hour and 30 minutes or two
25  hours, there's another check-in charge.

1          So, you cannot determine the check-in

2     unless you, I guess, notify the house mom how long

3     they're going to be in there.

4          A     Right.  But, as I said, they notify them

5     when they're done -- when they start and when they're

6     done, whether that's one hour or five hours.  So when

7     a dancer says, I'm done, we're going to assume, if

8     it's five hours later, that she's been with that

9     person for five hours.

10         Q     Do floormen write this down anywhere?

11         A     I think actually Guy does in the Executive

12    Room sometimes.

13         Q     Okay.  But Cheetah's policy is to just let

14    the house mom know and let her deal with it?

15         A     Correct.

16              MR. WARD:  Look, it's obvious that we're

17         going to go past the time that I need to make

18         some calls.  Can we take a break and let me make

19         some calls?

20              MR. DUDLEY:  I'm really not going to take

21         long, but go ahead.  We can take a short --

22              MR. WARD:  Out of just respect for some

23         people with much more stature than me, I'd like

24         to let them know --

25              MR. DUDLEY:  I don't want to get you in

```
 1         trouble with anyone.
 2              MR. WARD:  I'm already in trouble, but --
 3              (Short break.)
 4    BY MR. DUDLEY:
 5         Q    I want to make sure I understood your
 6    answer to my question earlier.
 7              Were you aware that certain entertainers
 8    were paying floor managers 20 percent or more of their
 9    income in exchange for referring customers to those
10    entertainers?
11              MR. WARD:  That's asked and answered,
12         yeah.
13              THE WITNESS:  I don't really know where
14         this 20 percent thing came from, but to answer
15         you the best I can, I was aware that dancers
16         tipped floormen for help in VIP; but as far as
17         how much they were giving them -- to me this
18         whole 20 percent thing, I don't get it.
19    BY MR. DUDLEY:
20         Q    What I'm asking you is:  Did they do it in
21    exchange for the referral?
22         A    Yes.
23         Q    Okay.  And this policy -- I know you deny
24    it's a policy -- this practice changed when?
25         A    April of 2016.
```

1          Q       Okay.   And just to be sure about this, you

2     took a portion of tips that were in exchange for a

3     referral?

4          A       I took a portion of everything the

5     floormen make.   It's pooled into one pool at the end

6     of the night and split up five ways.

7          Q       And some of that is tips in exchange for

8     referring customers?

9          A       Yes.

10         Q       And yet you still contend that that's not

11    a Cheetah policy?

12         A       It's not.

13         Q       Even though the night manager is

14    participating in it, you say it's not a Cheetah

15    policy?

16         A       It's not a policy.

17         Q       Is that your policy or whose policy is it?

18         A       It's no one's policy.

19         Q       Was that policy investigated by anyone at

20    Cheetah?

21         A       No.

22         Q       The Cheetah didn't feel the need to look

23    into it and see whether things should be changed?

24         A       No.

25                 MR. WARD:   I'm going to object to the

1          form.

2     BY MR. DUDLEY:

3          Q     Do you know who stopped that policy?

4          A     Mr. Hagood.

5          Q     Why did he do that?

6          A     You'd have to ask him.

7          Q     What sort of things did you discipline

8     entertainers for?

9          A     Usually dancing dirty, being caught with a

10    sex act.  That's most of the things that I would

11    discipline an entertainer for.

12         Q     Were you involved in the discipline of any

13    dancer for not getting a cover?

14         A     No.

15         Q     Were you involved in the discipline of any

16    dancer for not showing up for a cover?

17         A     No.

18         Q     Were you involved in the discipline of any

19    dancer for not tipping out enough?

20         A     No.

21         Q     If an entertainer told me that you

22    reprimanded her about not tipping out enough, that

23    would be an incorrect statement?

24         A     Yes, it would.

25         Q     What time does the club close down?

```
 1      A      2:45.
 2      Q      What time is the parking lot usually
 3  clear?
 4      A      3:05, 3:10.
 5      Q      What's the latest you ever recall it
 6  taking to clear the parking lot?
 7      A      3:15, 3:20.
 8      Q      If an entertainer works after 2:45, is it
 9  Cheetah's policy to clear the lot before that
10  entertainer is allowed to leave?
11      A      Repeat that, please.
12      Q      If an entertainer is at work after 2:45,
13  is it Cheetah's policy to clear the lot before an
14  entertainer is allowed to leave?
15      A      If they are driving, we request they wait
16  until we have all the guests off the lot, for their
17  safety.
18      Q      Okay.  Are you involved in the check-out
19  process that an entertainer goes through with the
20  floormen?
21      A      No.
22      Q      You're not involved in that at all?
23      A      (Shakes head.)  No.
24      Q      What about before April the 9th, 2016?
25      A      No.
```

1       Q       Who handles that?

2       A       The floormen's interaction with the

3  dancers' check out?

4       Q       Yes.

5       A       Various guys.

6       Q       All floormen?

7       A       They take turns.

8       Q       What is it you understand they do during

9  this check-out process?

10      A       One guy breathalyzes girls, one guy

11  collects money, one guy is outside in the lot, and one

12  guy is organizing all the money -- counting all the

13  money.

14      Q       Counting what money?

15      A       Their tips.

16      Q       How long does it take to get all the girls

17  through that process?

18      A       It's an ongoing process.  They start

19  leaving as early as 10:00, sometimes, and then they

20  tip the various people, check out, breathalyze.

21              So when we -- if you're asking me from the

22  minute we close?  Let me make sure I'm understanding

23  your question.

24      Q       Well, let's say if an entertainer stays at

25  work until 2:45, and begins the check out after that

1    time, how long does that process take for the

2    floormen?

3         A      Depending on how long it takes the

4    entertainer to get dressed, they can be out right

5    after 3:00, as soon as the all-clear is given outside.

6         Q      And then it could take as long as what?

7         A      Yet again, some girls linger, hang around

8    waiting to pass a breathalyzer --

9         Q      I'm not asking you what they're doing.

10   I'm just saying, how long it would take to go through?

11        A      I'm trying to explain to you that's a

12   varied amount of time, depending on the entertainer,

13   depending on what they do.  Sometimes they're

14   talking -- talking to their boyfriends, talking to

15   their friends.  Sometimes they get dressed lickety

16   split and get out of dodge, but --

17        Q      Well, just with the floormen they've got

18   to -- every girl that's driving you've got to do a

19   breathalyzer?

20        A      Yes.

21        Q      And they've got to pay you, right?

22        A      Yes.

23        Q      They have to be in line to do all those

24   things, right?

25        A      Yes.

1          Q      What else do they do with the floormen?

2          A      That's it.

3          Q      How long does that process take?

4          A      Five, 10 minutes, depending on how many

5      girls are left at closing.

6          Q      And then they have to do the same thing

7      with -- or something similar with the house mom?

8          A      They don't really have a check out with

9      the house mom.

10         Q      You're talking about now?

11         A      Correct.

12                They go get dressed and they clock out.

13         Q      Prior to April the 9th, 2016, they had to

14     go through a check-out process with the house mom,

15     too, right?

16         A      Yes.

17         Q      Do you know how long it takes a girl to

18     cash in Cheetah Bucks?

19         A      No.

20         Q      Is that --

21         A      It depends on how many girls are in line.

22         Q      It could take a while?

23         A      Yeah, it could.

24         Q      Do you know what these girls earn, on

25     average, a shift?

```
 1        A      No.

 2        Q      What do you hear about that?

 3        A      Just a wide range.

 4        Q      You do -- or you've been involved in VIP

 5   rooms for almost 27 years, right?

 6        A      Yes.

 7        Q      You're aware of entertainers making pretty

 8   good money back in VIP, right?

 9        A      Yes.

10        Q      Some of them could make a thousand, 2,000

11   a night, right?

12        A      Yes.

13        Q      Not uncommon?

14        A      No.

15               MR. DUDLEY:   I don't think I have anything

16          else.  Do you guys want to talk for a brief

17          second?

18               MR. BERNEY:   I just have a couple of quick

19          questions.

20                         EXAMINATION

21   BY MR. BERNEY:

22        Q      Mr. Johnson, I'm Chris Berney.  I

23   represent some of the other claimants in arbitrations.

24               You were talking about, with Mr. Dudley,

25   the floormen at the end of the night procedure that
```

1   there were -- there's one floorman that collects the
2   money and another one that counts it.  Are those
3   roles -- well, let me back up.
4            Is there a particular individual who is
5   always the one that counts the money?
6        A     Yes.
7        Q     Who is that?
8        A     Usually Guy Robinson is -- he's our
9   executive host.  He's usually our designated counter,
10  if he's there, which he usually is there most of the
11  time.
12       Q     And is there a particular person who takes
13  the money from the entertainers?
14       A     No.
15       Q     Okay.  So that role shifts, but they
16  usually give it to Guy Robinson, who then counts it,
17  and does he then divvy it up amongst the five people,
18  the floormen and yourself?
19       A     The DJ helps him count, and we split it
20  up.
21            MR. BERNEY:  I think that's all I have.
22                    EXAMINATION
23  BY MR. CHAPMAN:
24       Q     Are you ex-military?
25       A     No, sir.

```
 1          Q     Do you have a locker at the club?
 2          A     No, sir.
 3          Q     Do you have any place where you store
 4     records of any kind?
 5          A     I'm not a paperwork kind of guy.  I really
 6     don't keep any --
 7          Q     Do you regularly fill out any kind of
 8     paperwork at all?
 9          A     No, not really.
10          Q     Do any of the floormen fill out any
11     paperwork?
12          A     No.
13          Q     When they divide the cash up, do they fill
14     out any paperwork for that?
15          A     No.
16          Q     What is it exactly that they're doing when
17     they divide that money up?
18          A     They count the total money, and they
19     divide it by five.
20          Q     Okay.  So it's just purely splitting it
21     among the various employees there?
22          A     Yes, sir.
23          Q     The floormen?
24          A     Yes, sir.
25          Q     And all your work with the house moms, is
```

1   of a disciplinary nature; is that right?  You act as

2   kind of a disciplinary figure?

3        A     To the house mothers?

4        Q     No.  With respect to the dancers and

5   entertainers.  You said you got involved only with

6   inappropriate conduct in the VIP rooms; is that

7   correct?

8        A     Yes.

9        Q     Is there any other interaction you had

10  with the house moms?

11       A     Constantly.

12       Q     I mean, do you manage them, as the night

13  manager?

14       A     Yes.

15       Q     They report to you?

16       A     Yes.

17       Q     When you say "constantly," give us some

18  examples -- some of the things you do.

19       A     We communicate constantly on the radio,

20  looking for -- getting the stages covered.  That would

21  probably be the primary communication that I have with

22  them throughout the night.

23       Q     So you're managing getting girls on stage?

24       A     Yes, sir.

25       Q     And what else?

 1          A      The house mothers, throughout the night,

 2    that's pretty much it, unless there's a problem.

 3          Q      Do you deal with any intoxicated

 4    entertainers?

 5          A      If someone is intoxicated, we have the

 6    house mother take them to the back and breathalyze

 7    them and send them home.  And then if there's an issue

 8    that needs to be spoken to, then I speak to them when

 9    they're sober.

10                 MR. CHAPMAN:  Thank you, sir.

11                 MR. DUDLEY:  I just have one follow-up to

12          that.

13                      FURTHER EXAMINATION

14    BY MR. DUDLEY:

15          Q      Guy is no longer with Cheetah?

16          A      No, he's still there.

17          Q      He's still there?

18          A      Yes.

19          Q      Guy works for Cheetah now?

20          A      Yes.

21                 MR. DUDLEY:  Okay.  All right.  Thank you.

22                 MR. WARD:  I've got a few questions.

23                          EXAMINATION

24    BY MR. WARD:

25          Q      What kind of car do you drive?

```
 1        A     A Nissan Juke.

 2        Q     What year?

 3        A     Six years old.

 4        Q     Six years old.

 5              Now, in any 12-month period have you

 6   received several hundred thousand dollars in tips from

 7   the dancers at The Cheetah?

 8        A     I wish.

 9        Q     Do you know -- is that yes or no?

10        A     No.

11        Q     Do you know of any floorman who's received

12   several hundred thousand dollars in tips from dancers

13   in any given 12 months?  Let's take the best 12 months

14   they've ever had.

15        A     No.

16        Q     Okay.  What do you say about girls

17   alleging that collectively they've given hundreds of

18   thousands of dollars in tips to each one of you?

19              MR. DUDLEY:  Objection.

20              THE WITNESS:  I would say they're lying.

21   BY MR. WARD:

22        Q     How badly?

23        A     Offensively.

24        Q     Fraudulently?

25              THE WITNESS:  Yes.
```

```
 1              MR. BERNEY:  Object to form.
 2              MR. DUDLEY:  I have some follow-ups,
 3       actually.
 4                    FURTHER EXAMINATION
 5   BY MR. DUDLEY:
 6       Q      Since he opened the door on your income
 7   and your tips, can you tell me how much you grossed
 8   from entertainers each year?
 9       A      No.
10       Q      Can you tell me how much you claimed in
11   tips in any year on your tax returns in the last five
12   years?
13       A      One to 200 a night.
14       Q      Can you tell me whether you reported every
15   tip you received from entertainers on your tax
16   returns?
17       A      I would take The Fifth on that question.
18       Q      Well, I think your attorney, here, has
19   opened the door on that by asking you these questions.
20              MR. WARD:  He's allowed to take The Fifth
21       on the individual question.
22   BY MR. DUDLEY:
23       Q      So you're going to take The Fifth
24   Amendment on that, and you're not going to answer it?
25       A      Correct.
```

1              MR. DUDLEY:   Okay.   That's all I have.

2

3    (Whereupon the deposition was concluded at 5:38 p.m.)

4

5              (Pursuant to Rule 30(e) of the Federal Rules

6              of Civil Procedure and/or O.C.G.A.

7              9-11-30(e), signature of the witness has

8              been reserved.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        ERRATA SHEET

 2            I, ROBERT 'BOB' JOHNSON, the witness herein,

 3    do hereby certify that I have read the transcript of my

 4    deposition testimony dated October 23, 2017, and the

 5    same is true and correct to the best of my knowledge

 6    with the exception of the following changes noted below,

 7    if any:

 8    _____ 1)   There are no changes noted.
              2)   The following changes are noted:
 9
              Pursuant to Rule 30(7)(e) of the Federal Rules
10    of Civil Procedure and/or the Official Code of Georgia
      Annotated 9-11-30(e), both of which read in part:
11    Any changes in form or substance which you desire to
      make shall be entered upon the deposition... with a
12    statement of the reasons given... for making them.
      Accordingly, to assist you in effecting corrections,
13    please use the form below:

14    Page No. _____ Line No. _____

15    Change to:_____

16    Reason for Change:_____

17

18    Page No. _____ Line No. _____

19    Change to:_____

20    Reason for Change:_____

21

22    Page No. _____ Line No. _____

23    Change to:_____

24    Reason for Change:_____

25
```

```
 1 | Deposition of ROBERT 'BOB' JOHNSON
 2 |
 3 | Page No. _____ Line No. _____
 4 | Change to:_____
 5 | Reason for Change:_____
 6 |
 7 | Page No. _____ Line No. _____
 8 | Change to:_____
 9 | Reason for Change:_____
10 |
11 | Page No. _____ Line No. _____
12 | Change to:_____
13 | Reason for Change:_____
14 |
15 | Page No. _____ Line No. _____
16 | Change to:_____
17 | Reason for Change:_____
18 |
19 |                         _____
20 |                         ROBERT 'BOB' JOHNSON
   | Sworn to and subscribed before me,
21 | this the _____ day of _____, 20___.
22 |
23 |                         _____
   |                         Notary Public
24 |                         My commission expires:
25 |
```

```
 1              D I S C L O S U R E

 2

 3         I, WHITNEY S. GUYNES, CCR, (WSG Reporting,

 4    LLC) do hereby disclose pursuant to Article 10.B of the

 5    Rules and Regulations of the Board of Court Reporting of

 6    the Judicial Council of Georgia, that I was contacted by

 7    the party taking the deposition to provide court

 8    reporting services for this deposition, and there is no

 9    contract that is prohibited by O.C.G.A. 15-14-37(a) and

10    (b) or Article 7(c) of the Rules and Regulations of the

11    Board for the taking of this deposition.

12         There is no contract to provide reporting

13    services between WSG Reporting, LLC or any person with

14    whom I have a principal and agency relationship nor any

15    attorney at law in this action, party to this action, or

16    party having a financial interest in this action.

17         Any and all financial arrangements beyond my

18    usual and customary rates have been disclosed and

19    offered to all parties.

20

21

22    _____
      Whitney S. Guynes, B-1897
23    November 6, 2017

24

25
```

```
 1                    C E R T I F I C A T E
 2    G E O R G I A:
 3    GWINNETT COUNTY
 4              I hereby certify that the total transcript,
 5    pages 5 through 53, represent a true, complete, and
 6    correct transcript of the proceedings taken down by me
 7    in the case aforesaid (and exhibits admitted, if
 8    applicable); that the foregoing transcript is a true and
 9    correct record of the evidence given to the best of my
10    ability.
11              The above certification is expressly withdrawn
12    upon the disassembly or photocopying of the foregoing
13    transcript, unless said disassembly or photocopying is
14    done under the auspices of myself, and the signature and
15    original seal is attached thereto.
16              I further certify that I am not a relative or
17    employee or attorney of any party, nor am I financially
18    interested in the outcome of the actions.
19              This the 8th day of November, 2017.
20
21
22
23
24
25
```



Whitney S. Guynes, CCR B-1897

AMENDED CERTIFICATE

STATE OF GEORGIA

COUNTY OF GWINNETT

IN RE:   ALISON VALENTE, JENNIFER BARLOW, KATHRYN
MONROE, SOPHIA SMITH, STEPHANIE LEBEAU on behalf
of themselves and all others similarly situated,
v.
INTERNATIONAL FOLLIES, INC. et al

WITNESS:  ROBERT 'BOB' JOHNSON

I hereby certify that in addition to the certification made on Page  58

of the transcript, the more than thirty (30) days provided the witness to read

and sign the original transcript has expired.  Therefore, the original is being

filed without signature of the witness.

This the  10th  day of  January, 2018

_____

Whitney S. Guynes, CCR - B-1897

